Eldon Glen MELLOTT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41027.

Missouri Court of Appeals, Western District.

March 14, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1989.

Jan King, Jefferson City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and TURNAGE and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief.

AFFIRMED. Rule 84.16(b).